Case 7:18-cv-02101-NSR-LMS   Document 90   Filed in NYSD on 03/24/2022   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022
```

-----------------------------------------------------------x
G.DISTRIBUTORS, LLC and GAMCO
INVESTORS, INC.,

                              Petitioners,

    -against-                                  C.A. No.: 7:18-cv-02101-NSR-LMS

JAMES C. SCANLON,

                              Respondent.
-----------------------------------------------------------x

## ORDER CONFIRMING ARBITRATION AWARD

Upon consideration of the Motion to Confirm Arbitration Award by Petitioners G.distributors, LLC and GAMCO Investors, Inc. (collectively, "GAMCO") and supporting papers, and there being no opposition by Respondent James C. Scanlon, it is hereby ORDERED that:

1.     The Motion is GRANTED;

2.     The award of the arbitration panel dated March 21, 2022 by the Financial Industry Regulatory Authority's ("FINRA") Dispute Resolution Services captioned *G.distributors, LLC v. James C. Scanlon*, FINRA Case No. 18-00566 (the "Award") is hereby confirmed; and

3.     The clerk shall enter judgment in favor of GAMCO in accordance with terms of the Award.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 85.

Dated: April 22, 2022
        White Plains, New York                      SO ORDERED:

                                                               _____
                                                               NELSON S. ROMÁN
                                                               United States District Judge