**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G. DISTRIBUTORS, LLC and GAMCO
INVESTORS, INC.,

                      Petitioners,                    18 **CIVIL** 2101 (NSR)(LMS)

        -against-                                **JUDGMENT**

JAMES C. SCANLON,

                  Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2022, the Motion is GRANTED. The award of the arbitration panel dated March 21, 2022 by the Financial Industry Regulatory Authority's ("FINRA") Dispute Resolution Services captioned G.distributors, LLC v. James C. Scanlon, FINRA Case No. 18-00566 (the "Award") is hereby confirmed. Judgment is entered in favor of GAMCO in accordance with terms of the Award.

**Dated**: New York, New York
         April 25, 2022

                                                          **RUBY J. KRAJICK**
                                                            Clerk of Court
                                      **BY:**

                                                             **Deputy Clerk**